# EXHIBIT 9

**Brenna Woodley**

---

| | |
|---|---|
| **From:** | Brenna Woodley |
| **Sent:** | Friday, December 9, 2022 4:33 PM |
| **To:** | John Madden; Blair, Kimberly E. |
| **Cc:** | Williams, Deanna M.; Jasmine Morton |
| **Subject:** | Re: [EXTERNAL EMAIL]   Re: R.408 Comm - Confidential - re Settlement Conference |

It's Brenna. For clarity, the language we had in the motion about supplementing applied to all parties. It says "a party's" duty. It's not limited to Plaintiff - so it's not a separate standard.  You struck that language. I'll confer with Kim. Thanks.

Get Outlook for iOS

---

**From:** John Madden <jmadden@ompc-law.com>
**Sent:** Friday, December 9, 2022 4:05 PM
**To:** Brenna Woodley <BWoodley@rshc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Jasmine Morton <jmorton@rshc-law.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

Look, Brenda, you either want to proceed with a settlement conference, or you don't and you want to carry on with discovery instead.  I'm not going to have one set of standards for defendants and another for plaintiff.  And why would anyone have to "start over"? If the conference fails, we simply pick up right where we left off.  To be clear we do not believe your defendant has complied with all of his discovery obligations in good faith, including a diligent search of his ESI from all devices and there are other issues as well which would be subject of a motion to compel, which Judge Kim stated did not require any further 37.2 efforts for him to address the issues.

Kim and Brenna, you need to decide if you want to have the same standard of pause in discovery for all parties of if you want to proceed with the motions to compel.  Let me know.
-- John

John P. Madden
O'Malley & Madden, P.C.
542 So. Dearborn St., Ste. 660
Chicago Illinois 60605
312.697.1382
Employment Law / Civil Litigation

---

**From:** Brenna Woodley <BWoodley@rshc-law.com>
**Sent:** Friday, December 9, 2022 3:33 PM
**To:** John Madden <jmadden@ompc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Jasmine Morton <jmorton@rshc-law.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

The proposal from you last night was to file a joint motion to suspend the motion to compel deadline. (That was the prior proposal as well.)

But we also conferred yesterday and you agreed to supplement/fix plaintiff's non-compliant discovery as discussed by 12/30 to tell us whether you withheld documents. That is something *agreed* to and not a motion issue at this time

because you agreed to it.  we already spent the time conferring on this issue and incurred that cost. We can pick a different date but we do need a date certain not long after the holiday by which you'll supplement/fix as agreed.  We'll send the list discussed yesterday.  We're entitled to know for those responses when documents are withheld under the rules so the parties can narrow disputes in the event of a motion. That's a quick process - essentially you know whether you withheld documents. Hopefully it never comes to that. But if the matter is not settled, I don't want to have to start all over.

As to our discovery responses, I have confirmed that our client does not have the 2016 text messages referred to in Alrashid 179.

Thanks,
Brenna

Get Outlook for iOS

---

**From:** John Madden <jmadden@ompc-law.com>
**Sent:** Friday, December 9, 2022 2:48 PM
**To:** Brenna Woodley <BWoodley@rshc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Jasmine Morton <jmorton@rshc-law.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

Are we agreeing to suspend the discovery process or not?  In the paragraph above, you make the representation that continuing with discovery would be expensive and frustrate the purpose of the agreement to try to settle this with mediation, which I understood to be a premise of our discussions/emails last week and yesterday.  We haven't gotten compliance out of the corporate defendants and they have not supplemented anything either by the prior October court-set date or since, for example, and I understand that this is a cost expense they'd like to avoid and instead put towards resolution.  I'm certainly not going to agree to suspend all compliance from defendants and yet carry on with working on discovery on our end.

John P. Madden
O'Malley & Madden, P.C.
542 So. Dearborn St., Ste. 660
Chicago Illinois 60605
312.697.1382
Employment Law / Civil Litigation

---

**From:** Brenna Woodley <BWoodley@rshc-law.com>
**Sent:** Friday, December 9, 2022 2:39 PM
**To:** John Madden <jmadden@ompc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Jasmine Morton <jmorton@rshc-law.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

I don't know that we have other previously set court dates. We have the agreement we reached yesterday that Plaintiff would amend/supplement Plaintiff's responses by 12/30.  We can put that date in the motion if you prefer to do it that way.

Brenna

Get Outlook for iOS

---

**From:** John Madden <jmadden@ompc-law.com>
**Sent:** Friday, December 9, 2022 2:18 PM
**To:** Brenna Woodley <BWoodley@rshc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Jasmine Morton <jmorton@rshc-law.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

"4. The parties further agree that they will submit a joint status report to the Court on a date to be determined by the Court to keep the Court apprised of the mediation schedule. This requested change to the briefing schedule herein does not affect any other discovery deadlines previously ~~agreed to by the parties or a party's duty to supplement discovery~~ set by the Court."


John P. Madden

O'Malley & Madden, P.C.
542 So. Dearborn St., Ste. 660
Chicago Illinois 60605
312.697.1382
Employment Law / Civil Litigation

---

**From:** Brenna Woodley <BWoodley@rshc-law.com>
**Sent:** Friday, December 9, 2022 2:01 PM
**To:** John Madden <jmadden@ompc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Jasmine Morton <jmorton@rshc-law.com>
**Subject:** RE: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

All – see attached motion.

Brenna Woodley
312.471.8718



---

**From:** John Madden <jmadden@ompc-law.com>
**Sent:** Friday, December 9, 2022 1:45 PM
**To:** Brenna Woodley <BWoodley@rshc-law.com>; Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

Hi Brenna,
Just checking in on the status of the draft.
-- John

John P. Madden
O'Malley & Madden, P.C.
542 So. Dearborn St., Ste. 660
Chicago Illinois 60605
312.697.1382
Employment Law / Civil Litigation

---

**From:** Brenna Woodley <BWoodley@rshc-law.com>
**Sent:** Thursday, December 8, 2022 6:27 PM
**To:** Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>; John Madden <jmadden@ompc-law.com>
**Cc:** Williams, Deanna M. <Deanna.Williams@wilsonelser.com>
**Subject:** Re: [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

All - I'll circulate a draft motion in the morning.

Thanks,
Brenna

Get Outlook for iOS

---

**From:** Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>
**Sent:** Thursday, December 8, 2022 6:26 PM
**To:** John Madden <jmadden@ompc-law.com>
**Cc:** Brenna Woodley <BWoodley@rshc-law.com>; Williams, Deanna M. <Deanna.Williams@wilsonelser.com>
**Subject:** [EXTERNAL EMAIL] Re: R.408 Comm - Confidential - re Settlement Conference

On Dec 8, 2022, at 4:13 PM, Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com> wrote:

Kimberly E. Blair
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603-5001
312.821.6139 (Direct)
312.259.6414 (Cell)
312.704.0550 (Main)
312.704.1522 (Fax)
kimberly.blair@wilsonelser.com

**From:** John Madden [mailto:jmadden@ompc-law.com]
**Sent:** Thursday, December 8, 2022 2:08 PM
**To:** Blair, Kimberly E. <Kimberly.Blair@wilsonelser.com>; Brenna Woodley <BWoodley@rshc-law.com>; Williams, Deanna M. <Deanna.Williams@wilsonelser.com>; Megan O'Malley <momalley@ompc-law.com>
**Subject:** R.408 Comm - Confidential - re Settlement Conference

4



John P. Madden
O'Malley & Madden, P.C.
542 So. Dearborn St., Ste. 660
Chicago Illinois 60605
312.697.1382
Employment Law / Civil Litigation

CONFIDENTIALITY NOTICE: This electronic message is intended to be
viewed only by the individual or entity to whom it is addressed.
It may contain information that is privileged, confidential and
exempt from disclosure under applicable law. Any dissemination,
distribution or copying of this communication is strictly prohibited
without our prior permission. If the reader of this message is not
the intended recipient, or the employee or agent responsible for
delivering the message to the intended recipient, or if you have
received this communication in error, please notify us immediately by
return e-mail and delete the original message and any copies of it
from your computer system.

For further information about Wilson, Elser, Moskowitz, Edelman &
Dicker LLP, please see our website at www.wilsonelser.com or refer to
any of our offices.

Thank you.

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and
may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader
of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to
the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is

prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 471-8700 and also indicate the sender's name. Thank you.