**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

KATHRYN NOR,

      Plaintiff,

      v.

ARKAN ALRASHID, M.D., an individual,
GI PARTNERS OF ILLINOIS, LLC., an
Illinois limited liability company,
NORTHSHORE CENTER FOR
GASTROENTEROLOGY, S.C., an Illinois
corporation,

      Defendants.

No. 1:20-cv-07470

**STIPULATION REGARDING DOCUMENTS BATES NUMBERED NOR01281
THROUGH NOR01702 AND DESIGNATED AS "CONFIDENTIAL" BY PLAINTIFF
PURSUANT TO CONFIDENTIALITY ORDER**

Pursuant to Paragraph 5(b)(9) of the Confidentiality Order in this matter, Plaintiff, Kathryn Nor ("Plaintiff"), and Defendant, Arkan Alrashid ("Defendant"), (collectively, "the Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree as follows with respect to the documents produced by Plaintiff in this matter Bates numbered NOR01281 through NOR01702 (hereinafter, "the Documents") pursuant to the Confidentiality Order entered in this matter (Dkt. 112):

The Parties hereby stipulate and agree that Defendant is permitted to produce the Documents to Amanda Galster and her attorneys in the matter of *Amanda Galster v. Arkan Alrashid*, Case No. 21 L 0099, pending in the Circuit Court for the Nineteenth Judicial Circuit of Lake County, Illinois (the "*Galster* Case"). The Documents will be produced for use only in the *Galster* Case and will not be used in any other matter or for any other purpose.

The Parties agree that Plaintiff's consent to Defendant's production of the Documents to Ms. Galster and her counsel in the *Galster* Case does not waive Plaintiff's prior designation of the Documents as Confidential under the Confidentiality Order in this case. Accordingly, the Documents will continue to be designated as Confidential in this matter unless and until the Court rules on the designation(s) of any document(s) in the Documents pursuant to a motion brought by a party in accordance with Paragraph 9 of the Confidentiality Order. The parties further agree that Defendant does not waive, and expressly reserves, his right to challenge the designations of the Documents or any other documents produced in this case under the terms of the Confidentiality Order in this case. Nothing herein shall affect the rights of the Corporate Defendants, who are not parties to this Stipulation, to challenge designations of documents in this case under the terms of the Confidentiality Order.

The Parties agree to treat the Documents as designated as Confidential under the Agreed Protective Order in the *Galster* Case. The parties further agree that Defendant does not waive, and expressly reserves, his right to challenge the designation of the Documents or any other documents produced in the *Galster* Case under the terms of the Agreed Protective Order in the *Galster* Case, and Defendant agrees that should he or any other party in the *Galster* case challenge the designation of the Documents, that Defendant will provide Plaintiff's counsel, Megan O'Malley of O'Malley & Madden, P.C., notice of the challenge within 24 hours of that challenge being asserted by any party.

Dated: August 4, 2023

/s/ *Megan O'Malley*_____          /s/ *Brenna M. Woodley*_____
M. Megan O'Malley                                     Brenna M. Woodley
Alexandra L. Raynor                                   Thanin O. Stewart
O'Malley & Madden, P.C.                          Riley Safer Holmes & Cancila LLP

2

542 S. Dearborn Street, Suite 660
Chicago, Illinois 60605
momalley@ompc-law.com
alex.raynor@ompc-law.com
312-697-1382

*Attorneys for Plaintiff Kathryn Nor*

70 W. Madison Street, Suite 2900
Chicago, Illinois 60602
bwoodley@rshc-law.com
tstewart@rshc-law.com
312- 471-8718

*Attorneys for Arkan Alrashid, M.D.*

3